UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MOSELI, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　　　Defendant. | No. 1:21-cv-00006-NONE-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 9) |

On June 18, 2021, Plaintiffs filed a notice of voluntary dismissal,[1] notifying the Court of the dismissal of this action with prejudice. (Doc. 9.) Plaintiff filed this notice before any of the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to assign a district

---

[1] The parties' Joint Stipulation and Order for Dismissal with Prejudice (the "Joint Stipulation") (Doc. 9), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), is signed by Plaintiffs' counsel on behalf of both parties, but the Joint Stipulation does not reflect that counsel for Defendant authorized submission of the document by Plaintiffs' counsel on Defendant's counsel's behalf. As the Joint Stipulation was filed before Defendant served either an answer or motion for summary judgment, the Court construes the Joint Stipulation as a notice of voluntary dismissal by Plaintiffs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

judge to this matter and thereafter close this case.

IT IS SO ORDERED.

Dated: **June 21, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE